THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003190009 5
MAILED FROM ZIP CODE 46204
$ 001.42⁰
DEC 17 2015

Robert Rollins
P.O. Box 50
Cloverdale, Indiana 46120

ROLL050    461203018-1316    04/02/16
RETURN TO SENDER
ROLLINS        BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED

APR 04 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA